J. HARMOND HUGHEY (CSBN 151196)
Attorney at Law
3145 Geary Blvd., # 735
San Francisco, CA 94118
Telephone: (415) 573-9515
Email: jhhughey@yahoo.com

Attorney for Plaintiff,
CONCORDIA D. TINDAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORDIA D. TINDAL, | Case No. C 09-5550 RS |
| Plaintiff, | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| vs. | |
| JOHN E. POTTER, Postmaster General United States Postal Service, | |
| Defendant. | |

Notice is hereby given that, subject to approval by the Court, CONDORDIA D. TINDAL, plaintiff IN PRO PER, substitutes J. HARMOND HUGHEY, California State Bar no. 151196, as counsel of record in place of herself.

Contact information of the new counsel is as follows:

J. HARMOND HUGHEY (CSBN 151196)
Attorney at Law
3145 Geary Blvd., # 735
San Francisco, CA 94118
Telephone: (415) 573-9515
Facsimile: (415) 682-4783
Email: jhhughey@yahoo.com

I consent t the above substitution.

Dated: October 26, 2010                     /s/ Concordia D. Tindal
                                            _____
                                            Concordia D. Tindal,
                                            Plaintiff IN PRO PER

1

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY
C09-5550 RS

| | | |
|---|---|---|
| 1 | Dated: October 26, 2010 | /s/ J. Harmond Hughey |
| 2 | | J. Harmond Hughey, Attorney for Plaintiff, CONCORDIA D. TINDAL |
| 4 | The substitution of attorney is hereby approved and so ORDERED. | |
| 5 | Dated: 12-1-10 | |
| 6 | | JUDGE |

2

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY
C09-5550 RS