*E-Filed 3/25/11*

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 6 | Facsimile:  (415) 436-6748<br>Email: jennifer.s.wang@usdoj.gov |
| 7 | |
| 8 | Attorneys for the Federal Defendant |
| 9 | J. HARMOND HUGHEY<br>Attorney at Law |
| 10 | 3145 Geary Blvd., # 735<br>San Francisco, CA 94118<br>Phone: (415) 573-9515 |
| 11 | FAX: (415) 682-4783 |
| 12 | Attorney for the Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CONCORDIA D. TINDAL, | ) | No. C 09-5550 RS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXTEND DEADLINE FOR<br>COMPLETING MEDIATION AND<br>DISCOVERY DEADLINES |
| JOHN E. POTTER, Postmaster General,<br>United States Postal Service, | ) | |
| Defendant. | ) | |

## STIPULATION

The parties by and through their counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's November 5, 2010 Case Management Scheduling Order, the deadlines for completion of mediation, and expert and fact discovery are as follows:

Deadline for Completing Mediation: within 120 days (March 7, 2011), if possible

Fact Discovery Cut-Off: May 27, 2011

Plaintiff's Disclosure of Expert Testimony and Reports: June 18, 2011



1     Defendant's Disclosure of Expert Testimony and Reports: July 1, 2011

2     Expert Discovery Cut-Off: July 29, 2011

3   2. Around December 6, 2010, the parties and court-appointed mediator scheduled a mediation for February 23, 2011. At plaintiff's request, the mediation was rescheduled to March 10, 2011. On March 9, 2011, plaintiff's counsel cancelled the March 10 mediation, citing difficulty preparing for the mediation due to recovery from health issues. Plaintiff's counsel believes that, due to his schedule, he will be available for mediation in the first two weeks of May 2011.

  3. Defendant served his first set of special interrogatories and first set of requests for production of documents ("the Requests") on January 25, 2011. At plaintiff's request, defendant has extended the deadline for plaintiff to respond to the Requests three times, on February 18, March 3, and March 9, 2011. Plaintiff's counsel requested these three extensions due to health issues and difficulty scheduling meetings with his client. Plaintiff has not yet served her responses to the Requests and has informed defendant that additional time is necessary for her to provide defendant with discovery responses. Plaintiff agrees to serve her responses to the Requests and her Federal Rule of Civil Procedure 26(a) initial disclosures by no later than March 31, 2011.

  4. Subject to the approval of the Court, the parties hereby stipulate to extend the deadline for completing mediation, and the fact and expert discovery deadlines as follows:

    Deadline for Completing Mediation: May 20, 2011

    Plaintiff's Disclosure of Expert Testimony and Reports: July 1, 2011

    Defendant's Disclosure of Expert Testimony and Reports: July 18, 2011

    Fact and Expert Discovery Cut-Off: August 5, 2011

  5. The additional time is required to accommodate the discovery objectives of both parties, the scheduling of plaintiff's deposition and, if necessary, an independent medical/psychological examination of plaintiff, and to permit time for the parties to complete additional discovery prior to mediation.



STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION AND DISCOVERY DEADLINES
C09-5550 RS

6. This is the first request for an extension of the mediation and discovery deadlines. The parties do not anticipate that the extended discovery deadlines will affect the trial date. The trial date is currently set for December 5, 2011.

Dated: March 25, 2011

Respectfully submitted,
MELINDA HAAG
United States Attorney

JENNIFER S. WANG
Assistant United States Attorney
Attorneys for Defendant

Dated: March 25, 2011

J. HARMOND HUGHEY
Attorney for Plaintiff, Concordia Tindal

## ORDER

Pursuant to the foregoing stipulation and good cause showing, the deadline to complete mediation is May 20, 2011. Plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 1, 2011. Defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 18, 2011. On or before August 5, 2011 all non-expert discovery and all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

IT IS SO ORDERED.

Dated: 3/25/11

RICHARD SEEBORG
United States District Judge

STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION AND DISCOVERY DEADLINES
C09-5550 RS