*E-Filed 11/7/11*

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-6967
    Fax: 415 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

J. HARMOND HUGHEY
Attorney at Law
3145 Geary Blvd., # 735
San Francisco, CA 94118
Phone: (415) 573-9515
FAX: (415) 682-4783

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORDIA TINDAL<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE, Postmaster General of the United States,<br><br>    Defendant. | No. C 09-5550 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Concordia Tindal and defendant Patrick R. Donahoe hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and

1 | attorneys' fees.

2
3 | DATED: 8-20-2011    By: *Concordia D. Tindal*
                             CONCORDIA TINDAL
                             Plaintiff

5
6 | DATED: 8/20/2011    By: *[signature]*
                            J. HARMOND HUGHEY
                            Attorney for Plaintiff

8 | MELINDA HAAG
    United States Attorney

10 | DATED: 11/3/11    By: *[signature]*
                           JENNIFER S WANG
                           Assistant United States Attorney

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 11/4/11    *[signature]*
                  HON. RICHARD SEEBORG
                  UNITED STATES DISTRICT COURT JUDGE