*E-Filed 11/7/11*

1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: 415 436-6967
6      Fax: 415 436-6748
       Email: jennifer.s.wang@usdoj.gov
7
   Attorneys for Federal Defendant
8
   J. HARMOND HUGHEY
9  Attorney at Law
   3145 Geary Blvd., # 735
10 San Francisco, CA 94118
   Phone: (415) 573-9515
11 FAX: (415) 682-4783

12 Attorney for the Plaintiff

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17                                    | No. C 09-5550 RS
18 CONCORDIA TINDAL                   |
                                      |
19              Plaintiff,            |
                                      |
20 v.                                 | **STIPULATION OF DISMISSAL WITH**
                                      | **PREJUDICE**
21 PATRICK R. DONAHOE, Postmaster     |
   General of the United States,      |
22                                    |
                Defendant.            |
23

24
   THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
25
   FOLLOWING STIPULATION:
26
        Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Concordia Tindal and
27
   defendant Patrick R. Donahoe hereby stipulate to dismiss with prejudice the above-captioned
28
   action, including all claims that were asserted therein. Each party will bear its own costs and

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C09-5550 RS

1 | attorneys' fees.

2 | DATED: 8-20-2011

By: *Concordia D. Tindal*
CONCORDIA TINDAL
Plaintiff

5 | DATED: 8/20/2011

By: *[signature]*
J. HARMOND HUGHEY
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

10 | DATED: 11/3/11

By: *[signature]*
JENNIFER S WANG
Assistant United States Attorney

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: __11/4/11__

*[signature]*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE